
Courtesy Copy
The original was:
___ Filed in hard copy.
_✓_ Electronically filed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CAROL KONITS,

          Plaintiff,

-against-

VALLEY STREAM CENTRAL HIGH SCHOOL DISTRICT, BOARD OF EDUCATION OF THE VALLEY STREAM CENTRAL HIGH SCHOOL DISTRICT, ROBERT D. VALENTI, individually and as District Superintendent, DEAN KARHALIS, Individually and as District Coordinator, ROBERT KAUFOLD, individually and as Principal of Memorial Junior High School, and GRACE KERR, individually and as Chairperson,

          Defendants.

ECF CASE

01 Civ. 6763 (LDW)

<u>JUDGMENT</u>

    The above action having come on for trial before the Hon. Leonard D. Wexler, District Judge and a Jury and the Jury, on November 7, 2008, having returned a verdict in favor of the defendants VALLEY STREAM CENTRAL HIGH SCHOOL DISTRICT, BOARD OF EDUCATION OF THE VALLEY STREAM CENTRAL HIGH SCHOOL DISTRICT, ROBERT D. VALENTI, individually and as District Superintendent,, ROBERT E. KAUFOLD, individual and as Principal of Memorial Junior High School, and GRACE KERR, individually and as Chairperson and against the plaintiff CAROL KONITS and in favor of the plaintiff, CAROL KONITS and against the defendant DEAN KARAHALIS, and the plaintiff, CAROL KONITS, having settled her causes of action against the defendant, DEAN KARAHALIS, for compensatory damages, it is

ORDERED, ADJUDGED, and DECREED that the defendants, VALLEY STREAM CENTRAL HIGH SCHOOL DISTRICT, BOARD OF EDUCATION OF THE VALLEY STREAM CENTRAL HIGH SCHOOL DISTRICT, ROBERT D. VALENTI, individually and as District Superintendent, ROBERT E. KAUFOLD, individual and as Principal of Memorial Junior High School, and GRACE KERR, individually and as Chairperson have judgment against the plaintiff dismissing the complaint with prejudice and without costs, fees, interest or disbursements and that the plaintiff, CAROL KONITS, have judgment against the defendant DEAN KARAHALIS on the issue of liability and damages in accordance with the stipulation of settlement thereof.

Dated: February 26, 2008

SO ORDERED:

_____
Judge, United States District Court
Eastern District of New York
February 26, 2008